RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6-1-06
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50014 |
|---|---|
| versus | JUDGE WALTER |
| MICHAEL BRADY SWAN | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Doc. 23) is **denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 1 day of June, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE